

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2019

No. 04-18-00445-CR

Nelson Anthony **JASSO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2017 CRB 696 D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

Court reporter Ana L. Alcantar filed a notification of late reporter's record, requesting an additional seven days to complete the reporter's record. Her request is GRANTED. On December 31, 2018, Alcantar filed the reporter's record. Therefore, appellant's brief is due January 30, 2019.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court